**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____  Chapter   11

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | The Tennis & Golf Company |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 38-2708181 |

**4.   Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 30211 Woodward Avenue<br>Royal Oak, MI 48073 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Oakland | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | www.mytennisandgolf.com |

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 1

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   4511

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

     Contact name _____

     Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March  7, 2019 _____
               MM / DD / YYYY

**X** /s/ Rita Kozlowski _____    Rita Kozlowski _____
Signature of authorized representative of debtor    Printed name

Title    General Manager _____

**18. Signature of attorney**

**X** /s/ David M. Eisenberg _____    Date    March  7, 2019 _____
Signature of attorney for debtor                              MM / DD / YYYY

David M. Eisenberg (P68678) _____
Printed name

Maddin, Hauser, Roth & Heller, P.C. _____
Firm name

28400 Northwestern Hwy., 2nd Floor
Southfield, MI 48034 _____
Number, Street, City, State & ZIP Code

Contact phone    (248) 827-4100 _____    Email address _____

(P68678) MI _____
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

**Fill in this information to identify the case:**

Debtor name  The Tennis & Golf Company

United States Bankruptcy Court for the:  EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March  7, 2019          **X** /s/ Rita Kozlowski
                                     Signature of individual signing on behalf of debtor

                                     Rita Kozlowski
                                     Printed name

                                     General Manager
                                     Position or relationship to debtor

Debtor name   The Tennis & Golf Company

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MICHIGAN

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:   Summary of Assets

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................   $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................   $ _____948,138.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...........................................................   $ _____948,138.00

### Part 2:   Summary of Liabilities

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $ _____0.00

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $ _____5,620.88

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$ _____1,339,166.29

4.   **Total liabilities** ...................................................................................................
    Lines 2 + 3a + 3b   $ _____1,344,787.17

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   The Tennis & Golf Company

United States Bankruptcy Court for the:  EASTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.    **Cash on hand** | $1,600.00 |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.  Chemical Bank | Checking Account | 1688 | $24,000.00 |

4.   **Other cash equivalents** *(Identify all)*

| 5. | **Total of Part 1.** | |
| --- | --- | --- |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $25,600.00 |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.  Security Deposit with Landlord (Woodward Oaks Associates, L.L.C.) | $5,500.00 |
| --- | --- |

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | | |
|---|---|---|---|
| 8.1. | Retainer for bankruptcy related legal services (Maddin, Hauser, Roth & Heller, P.C.) | | $30,000.00 |

| | | | |
|---|---|---|---|
| 8.2. | pre-payment for preparation of 2018 federal and state tax returns (T&S Associates, P.C.) | | $5,500.00 |

9.    **Total of Part 2.**                                                                              | $41,000.00 |
      Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** goods for retail sale | November 2016 | Unknown | Recent cost | $817,206.00 |

23. **Total of Part 5.**                                                                             | $817,206.00 |
    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** various office furniture and equipment | $0.00 | Liquidation | $10,000.00 |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** desktop computers, server, various office equipment | $0.00 | Liquidation | $10,000.00 |
| **42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.** **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$20,000.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

19-43260-tjt    Doc 1    Filed 03/07/19    Entered 03/07/19 14:12:44    Page 9 of 68

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
       raquet stringing machines, ball machines _____    $8,571.00    Liquidation _____    $5,000.00

51.    **Total of Part 8.**

       | | $5,000.00 |
       |---|---|

       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | **Real property** |
|---|---|

54.    **Does the debtor own or lease any real property?**

       ☐ No.  Go to Part 10.
       ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   Retail Store<br>30211 Woodward Avenue<br>Royal Oak, MI 48073 | Leasehold Interest | $0.00 | Appraisal | $0.00 |

56.    **Total of Part 9.**

       | | $0.00 |
       |---|---|

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59.    **Does the debtor have any interests in intangibles or intellectual property?**

       ☐ No.  Go to Part 11.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** mytennisandgolf.com mytennisandgolfstore.com tgco.biz tgco.info | $0.00 | | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** customer provided email addresses, phone numbers, and street addresses | Unknown | | Unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** forty-two years in business | $0.00 | | Unknown |

66. **Total of Part 10.**    | $0.00 |

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** Description (include name of obligor) unsecured note receiveable from Rita C. Kozlowski      39,332.00 Total face amount   -   0.00 doubtful or uncollectible amount   =  | $39,332.00 |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 5

**73.**    **Interests in insurance policies or annuities**

**74.**    **Causes of action against third parties (whether or not a lawsuit**
           **has been filed)**
           payment card interchange fee and merchant discount
           antitrust class action litigation                                                               Unknown
           **Nature of claim**
           **Amount requested**                    $0.00

           BNMY ADR FX Erisa class action settlement                                                        Unknown
           **Nature of claim**
           **Amount requested**                    $0.00

**75.**    **Other contingent and unliquidated claims or causes of action of**
           **every nature, including counterclaims of the debtor and rights to**
           **set off claims**

**76.**    **Trusts, equitable or future interests in property**

**77.**    **Other property of any kind not already listed** *Examples:* Season tickets,
           country club membership

**78.**    **Total of Part 11.**                                                                          $39,332.00
           Add lines 71 through 77. Copy the total to line 90.

**79.**    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
           ■ No
           ☐ Yes

## Part 12:    Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $25,600.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $41,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $817,206.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $5,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $39,332.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $948,138.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $948,138.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

19-43260-tjt    Doc 1    Filed 03/07/19    Entered 03/07/19 14:12:44    Page 13 of 68

Debtor name      The Tennis & Golf Company

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name __The Tennis & Golf Company__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF MICHIGAN__

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>CHALMERS, LISA<br>3285 MILLER ROAD<br>ANN ARBOR, MI 48103 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $230.18 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>D'ANGELO, JODY<br>2756 BRADY DRIVE<br>BLOOMFIELD, MI 48304 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $93.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    55191                    Best Case Bankruptcy

19-43260-tjt   Doc 1   Filed 03/07/19   Entered 03/07/19 14:12:44   Page 15 of 68

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $352.00 | $0.00 |
|---|---|---|---|---|

DEGROW, CHRISTOPHER
277 W BAKER
CLAWSON, MI 48017

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $294.00 | $0.00 |
|---|---|---|---|---|

HAHN, JORDAN
39770 RYAN RD
STERLING HEIGHTS, MI 48310

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $437.00 | $0.00 |
|---|---|---|---|---|

HALICKI, SCOTT
43538 WEST ARBOR WAY DR
#156
CANTON, MI 48188

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.00 | $0.00 |
|---|---|---|---|---|

HALL, ROBERT
31810 N MARKLAWN ST
FARMINGTON HILLS, MI 48334

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $0.00 |
|---|---|---|---|---|
| 2.7 | HOLLIDGE, WENDY<br>3865 MILLSPRING ROAD<br>BLOOMFIELD HILLS, MI 48063 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,050.00 | $0.00 |
|---|---|---|---|---|
| 2.8 | KOZLOWSKI, RITA<br>5382 W ALYSSA CT<br>WHITE LAKE, MI 48383 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $252.00 | $0.00 |
|---|---|---|---|---|
| 2.9 | LEWTON, PETER<br>3905 DEVON RD<br>Apt # 6<br>ROYAL OAK, MI 48073 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $288.00 | $0.00 |
|---|---|---|---|---|
| 2.10 | LINDQUIST, DAVE<br>2720 CROOKS RD<br>Apt # 11<br>ROYAL OAK, MI 48073 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

19-43260-tjt   Doc 1   Filed 03/07/19   Entered 03/07/19 14:12:44   Page 17 of 68

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.00 | $0.00 |
|---|---|---|---|---|

**LOGAN, VICTOR**
114 MERRIWEATHER
GROSSE POINTE FARMS, MI
48236

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $312.00 | $0.00 |
|---|---|---|---|---|

**MECONI, ELIZABETH**
1914 KENMORE
GROSSE POINTE WOODS, MI
48236

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $312.00 | $0.00 |
|---|---|---|---|---|

**MILLER, KATHY**
31242 WEST RUTLAND
BEVERLY HILLS, MI 48025

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $270.20 | $0.00 |
|---|---|---|---|---|

**PAUL, ERIN**
20907 LAKELAND STREET
ST CLAIR SHORES, MI 48081

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $384.00 | $0.00 |
|------|--|--|--|--|

RODGERSON, DEBRA
42463 TERRY
CLINTON TOWNSHIP, MI 48038

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.00 | $0.00 |
|------|--|--|--|--|

TOLLZIEN, KIRK
14450 FOY CREEK COURT
SHELBY TOWNSHIP, MI 48315

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $232.50 | $0.00 |
|------|--|--|--|--|

TRACZEWSKI, RICK
30554 EIFFEL
WARREN, MI 48088

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $0.00 |
|------|--|--|--|--|

TRUMBULL, CHRISTOPHER
1406 LAKE AVENUE
GRAND HAVEN, MI 49417

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $285.00 | $0.00 |
|------|---|---|---|---|

WINKWORTH, DIANA
27427 SUNSET BLVD
LATHRUP VILLAGE, MI 48076

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $24,932.03 |
|---|---|---|---|

Acushnet Footjoy/Titleist
333 Bridge Street
Fairhaven, MA 02719

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 7087

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $39,311.56 |
|---|---|---|---|

Adidas
685 Cedar Crest Road
Spartanburg, SC 29301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 8893

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,662.46 |
|---|---|---|---|

Agron
2440 S Sepulveda Blvd
Suite 201
Los Angeles, CA 90064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** COM3

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $418.95 |
|---|---|---|---|

Ame & Lulu
71A Chapel Street
Newton, MA 02458

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** No Acct#

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $104,872.16 |
|---|---|---|---|

Amer Sports (Wilson)
130 E Randolph Street
Stuite 600
1 Prudential Plaza
Chicago, IL 60601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 0171

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $114,833.19 |
|---|---|---|---|

American Express
Box 0001
Los Angeles, CA 90096-8000

**Date(s) debt was incurred** _

**Last 4 digits of account number** 3005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit card purchases

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,555.56 |
|---|---|---|---|

Apropoz (Indygena)
9500 Meilleur
Suite 501
Montreal
CANADA, QC

**Date(s) debt was incurred** _

**Last 4 digits of account number** 1005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,622.21 |
|---|---|---|---|

Asics
80 Technology
Irvine, CA 92618

**Date(s) debt was incurred** _

**Last 4 digits of account number** 2536

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,524.15 |
|---|---|---|---|

Babolat
1775 Cherry Street
Suite 100
Louisville, CO 80027

**Date(s) debt was incurred** _

**Last 4 digits of account number** 1123

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,241.12 |
|---|---|---|---|

Bag Boy
2701 Emorywood Pkwy
Suite 101
Richmond, VA 23294

**Date(s) debt was incurred** _

**Last 4 digits of account number** 5318

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,558.21 |
|---|---|---|---|

Belyn Key
2495 Boulevard of the Generals
Bldg C
Suite 2
Norristown, PA 19403

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,558.06 |
|---|---|---|---|

Brooks
3400 Stone Way North
Suite 500
Seattle, WA 98103

**Date(s) debt was incurred** _

**Last 4 digits of account number** 5816

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,926.97 |
|---|---|---|---|
| | Bushnell<br>9200 Cody<br>Overland Park, KS 66214 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Trade debt | |
| | Last 4 digits of account number 2061 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,265.67 |
|---|---|---|---|
| | Callaway<br>PO Box 9002<br>Carlsbad, CA 92018-9002 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Trade debt | |
| | Last 4 digits of account number 9846 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,289.78 |
|---|---|---|---|
| | Chase Visa<br>PO Box 6294<br>Carol Stream, IL 60197-6294 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Credit card purchases | |
| | Last 4 digits of account number 7689 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $660.33 |
|---|---|---|---|
| | Clarke<br>8555 West Monroe Road<br>Houston, TX 77061-4807 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Trade debt | |
| | Last 4 digits of account number 2805 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $339.30 |
|---|---|---|---|
| | Cleveland<br>PO Box 123355<br>Dept 3355<br>Dallas, TX 75312-3355 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Trade debt | |
| | Last 4 digits of account number 2002 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,962.45 |
|---|---|---|---|
| | Coalision (Lole)<br>700 rue Saint-Antoine Est<br>Suite 110<br>Montreal<br>CANADA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Trade debt | |
| | Last 4 digits of account number 1435 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,970.49 |
|---|---|---|---|
| | Cutter & Buck<br>PO Box 34855<br>Seattle, WA 98124-1855 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Trade debt | |
| | Last 4 digits of account number 5410 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,666.93 |
|---|---|---|---|

**3.20**

Nonpriority creditor's name and mailing address
Daily Sports / Laird Int
2300 NW 30th Place
Bldg 9
Pompano Beach, FL 33069

Date(s) debt was incurred _

Last 4 digits of account number  5482

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$7,666.93

---

**3.21**

Nonpriority creditor's name and mailing address
David and Joan Schwartz
13128 Ludlow
Huntington Woods, MI 48070

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

Is the claim subject to offset? ■ No ☐ Yes

$60,000.00

---

**3.22**

Nonpriority creditor's name and mailing address
David and Joan Schwartz
13128 Ludlow
Huntington Woods, MI 48070

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

Is the claim subject to offset? ■ No ☐ Yes

$60,000.00

---

**3.23**

Nonpriority creditor's name and mailing address
David and Joan Schwartz
13128 Ludlow
Huntington Woods, MI 48070

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

Is the claim subject to offset? ■ No ☐ Yes

$148,344.37

---

**3.24**

Nonpriority creditor's name and mailing address
Dunlop Sports
101 Abney Street
Greenville, SC 29611

Date(s) debt was incurred _

Last 4 digits of account number  7302

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$4,506.61

---

**3.25**

Nonpriority creditor's name and mailing address
Dynamic Design
7351 Coca Cola Drive
Suite 100
Hanover, MD 21076

Date(s) debt was incurred _

Last 4 digits of account number  N308

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$3,163.34

---

**3.26**

Nonpriority creditor's name and mailing address
Eforce
1384 Poinsettia Avenue
Suite E
Vista, CA 92081

Date(s) debt was incurred _

Last 4 digits of account number  H30

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$3,169.82

---

19-43260-tjt    Doc 1    Filed 03/07/19    Entered 03/07/19 14:12:44    Page 23 of 68

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,838.83**

Eleven
7656 Byron Drive
B5
Riviera Beach, FL 33404

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _1378_

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,358.10**

EP Pro Summit Brands
106 Commerce St
Barneveld, WI 53507

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _H710_

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,306.20**

Fairway & Green Summit Brands
106 Commerce St
Barneveld, WI 53507

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _7769_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,820.95**

Fila
930 Ridgebrook Road
Suite 200
Sparks Glencoe, MD 21152

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _1507_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,476.76**

Gamma
PO Box 644066
Pittsburgh, PA 15264-4066

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _0015_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$860.50**

Gexco
PO Box 6514
Norco, CA 92860

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _0035_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$644.52**

Glove-It
16051 N. 82nd St
Scottsdale, AZ 85260

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

**3.34**

**Nonpriority creditor's name and mailing address**
Greg Norman
850 Patterson Plank Road
Secaucus, NJ 07094

**Date(s) debt was incurred** _
**Last 4 digits of account number** 0735

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$4,067.45

---

**3.35**

**Nonpriority creditor's name and mailing address**
Greyson
160 Old Saw Mill River Road
Hawthorne, NY 10532

**Date(s) debt was incurred** _
**Last 4 digits of account number** 1823

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$10,406.49

---

**3.36**

**Nonpriority creditor's name and mailing address**
Gu
PO Box 80419
City of Industry, CA 91716-8419

**Date(s) debt was incurred** _
**Last 4 digits of account number** 800A

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$719.20

---

**3.37**

**Nonpriority creditor's name and mailing address**
Head Penn Sports
306 South 45th Avenue
Phoenix, AZ 85043

**Date(s) debt was incurred** _
**Last 4 digits of account number** 6420

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$22,278.08

---

**3.38**

**Nonpriority creditor's name and mailing address**
Ice Breaker
309 SW 6th Ave
12th Floor
Portland, OR 97204

**Date(s) debt was incurred** _
**Last 4 digits of account number** 6465

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$4,824.40

---

**3.39**

**Nonpriority creditor's name and mailing address**
Implus Corp
PPO Box 679394
Dallas, TX 75267-9394

**Date(s) debt was incurred** _
**Last 4 digits of account number** 0341

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$7,496.62

---

**3.40**

**Nonpriority creditor's name and mailing address**
Inphorm
2050 N Stemmons Frwy
Mail Unit 327
Dallas, TX 75207

**Date(s) debt was incurred** _
**Last 4 digits of account number** No Acct#

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$2,306.00

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $16,448.21 |
|---|---|---|---|
| | J Lindenberg<br>25 W 36th Street<br>6th Floor<br>New York, NY 10018 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,436.22 |
|---|---|---|---|
| | Jamie Sadock<br>49 W 27th Street<br>6th Floor<br>New York, NY 10001-6936 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** 0412 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,679.07 |
|---|---|---|---|
| | Jofit<br>995 Mearns Rd<br>Warminster, PA 18974 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** 7071 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,276.66 |
|---|---|---|---|
| | Kswiss<br>523 W 6th Street<br>Suite 534<br>Los Angeles, CA 90014 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** 1620 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $971.28 |
|---|---|---|---|
| | Lacoste<br>551 Madison Avenue<br>New York, NY 10022 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** 2763 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,474.35 |
|---|---|---|---|
| | Life Is Good<br>15 Hudson Park Drive<br>Hudson, NH 03051 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** 425 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,808.86 |
|---|---|---|---|
| | Lija (Hyp)<br>#115-4631 Shell Road<br>Richmond<br>CANADA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account<br>number** TENNISANDGOLFCO | Is the claim subject to offset? ■ No ☐ Yes | |

**3.48** | **Nonpriority creditor's name and mailing address**
Lucky In Love
3300 NW 41 Sreet
Miami, FL 33142

Date(s) debt was incurred _
Last 4 digits of account number  2390

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$1,685.32

---

**3.49** | **Nonpriority creditor's name and mailing address**
Luxottica (Oakley / Rayban)
12 Harbor Park Drive
Port Washington, NY 11050

Date(s) debt was incurred _
Last 4 digits of account number  1598

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$3,734.96

---

**3.50** | **Nonpriority creditor's name and mailing address**
Marmot
5789 State Farm Drive
Rohnert Park, CA 94928

Date(s) debt was incurred _
Last 4 digits of account number  4468

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ☐ No ☐ Yes

$9,926.33

---

**3.51** | **Nonpriority creditor's name and mailing address**
Maui Jim
One Aloha Lane
Peoria, IL 61615

Date(s) debt was incurred _
Last 4 digits of account number  8913

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$1,817.41

---

**3.52** | **Nonpriority creditor's name and mailing address**
Mizzen N Main
PO Box 650823
Dept 41911
Dallas, TX 75265-0823

Date(s) debt was incurred _
Last 4 digits of account number  No Acct#

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$14,884.16

---

**3.53** | **Nonpriority creditor's name and mailing address**
New Balance
100 Guest Street
Boston, MA 02135

Date(s) debt was incurred _
Last 4 digits of account number  8560

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$15,712.30

---

**3.54** | **Nonpriority creditor's name and mailing address**
Nike
One Bowerman Drive
Beaverton, OR 97005-6453

Date(s) debt was incurred _
Last 4 digits of account number  4545

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$151,484.43

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,578.48 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**
Obermeyer
115 AABC
Aspen, CO 81611

Date(s) debt was incurred _
Last 4 digits of account number  NN02

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$5,578.48

---

| 3.56 | | | $2,380.00 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**
Pistil
PO Box 633381
Cincinnati, OH 45263

Date(s) debt was incurred _
Last 4 digits of account number  8959

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | | | $17,836.15 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**
Polo
335-365 New Commerce Blvd
Wilkes Barre, PA 18706

Date(s) debt was incurred _
Last 4 digits of account number  0565

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | | | $14,266.39 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**
Prana (Columbia)
14375 NW Science Park Dr
Portland, OR 97229

Date(s) debt was incurred _
Last 4 digits of account number  0008

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | | | $4,044.79 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**
Puma Golf
1818 Aston Avenue
Carlsbad, CA 92008

Date(s) debt was incurred _
Last 4 digits of account number  7087

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | | | $46,782.00 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**
Rita Kozlowski
5382 W Alyssa Ct
White Lake, MI 48383

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | | | $3,699.33 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**
Rosenthal & Rosenthal (Thorlo)
PO Box 733909
Dallas, TX 75373-3909

Date(s) debt was incurred _
Last 4 digits of account number  5204

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,296.00

S-Type Escalade Sports
817 Maxwell Ave
Evansville, IN 47711

Date(s) debt was incurred _

Last 4 digits of account number  5424

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $501.32

SanSoleil
1001 W. 17th St
Suite M
Costa Mesa, CA 92627-4512

Date(s) debt was incurred _

Last 4 digits of account number  2390

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $496.32

Selkirk
11862 Reed Road
Hayden, ID 83835

Date(s) debt was incurred _

Last 4 digits of account number  399

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,756.71

Shape
1407 Broadway
Suite 3404
New York, NY 10018

Date(s) debt was incurred _

Last 4 digits of account number  TENGO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25,158.98

Smartwool VF Corp
PO Box 1817
Appleton, WI 54912-1817

Date(s) debt was incurred _

Last 4 digits of account number  1796

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,496.00

Splits 59
2045 Violet Street
Los Angeles, CA 90021

Date(s) debt was incurred _

Last 4 digits of account number  TENNISGOLF

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $294.35

Sun Mountain
PO Box 7727
Missoula, MT 59807-7727

Date(s) debt was incurred _

Last 4 digits of account number  7304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.69**

**Nonpriority creditor's name and mailing address**
Superfeet
1820 Scout Place
Ferndale, WA 98248

**Date(s) debt was incurred** _

**Last 4 digits of account number** 2770

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$1,276.29

---

**3.70**

**Nonpriority creditor's name and mailing address**
Taboo
2758 US HIghway 34
Suite B 124
Oswego, IL 60543

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$555.00

---

**3.71**

**Nonpriority creditor's name and mailing address**
Tail Activewear
2105 NW 86th Ave
Doral, FL 33122

**Date(s) debt was incurred** _

**Last 4 digits of account number** 7380

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$6,021.66

---

**3.72**

**Nonpriority creditor's name and mailing address**
Taylormade
5545 Fermi Ct
Carlsbad, CA 92008

**Date(s) debt was incurred** _

**Last 4 digits of account number** 1097

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$2,644.96

---

**3.73**

**Nonpriority creditor's name and mailing address**
TNF The North Face VF Corp
PO Box 1817
Appleton, WI 54912-1817

**Date(s) debt was incurred** _

**Last 4 digits of account number** 0133

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$29,145.67

---

**3.74**

**Nonpriority creditor's name and mailing address**
Travis Mathew
15202 Graham Street
Huntington Beach, CA 92649

**Date(s) debt was incurred** _

**Last 4 digits of account number** 1453

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$5,679.80

---

**3.75**

**Nonpriority creditor's name and mailing address**
Under Armour
2601 Port Covington Drive
Baltimore, MD 21230

**Date(s) debt was incurred** _

**Last 4 digits of account number** 6035

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$17,071.91

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,389.93 |
|---|---|---|---|

Unique Sports
840 McFarland Pkwy
Alpharetta, GA 30004

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $75,783.13 |
|---|---|---|---|

US Bank Visa
PO Box 790408
Saint Louis, MO 63179-0408

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Credit card purchases

**Last 4 digits of account number** 4542

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,680.99 |
|---|---|---|---|

Viking
PO ox 650850
Dept 1034
Dallas, TX 75265

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Bank Account Over Draft Protection

**Last 4 digits of account number** 2204

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,895.91 |
|---|---|---|---|

Volkl
731 S Highway 101
Suite 2A
Solana Beach, CA 92075

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** N480

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $323.45 |
|---|---|---|---|

Volvik USA
9436 Southridge Park Ct
#400
Orlando, FL 32819-8638

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** No Acct#

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Woodward Oaks Asociates L.L.C.
30445 Northwestern Hwy
Suite 275
Farmington Hills, MI 48334

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Lease

**Last 4 digits of account
number** TENNISANDGOLFCO

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,541.39 |
|---|---|---|---|

Yonex
20140 S Western Avenue
Torrance, CA 90501

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 8405

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $470.00 |
|---|---|---|---|

Zamst
5 Corporate Park
Suite 250
Irvine, CA 92606

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | A.G. Adjustments, Ltd.<br>P.O. Box 9090<br>Melville, NY 11747 | Line 3.12<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Nike USA, Inc.<br>7932 Collection Center Drive<br>Chicago, IL 60693 | Line 3.54<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 5,620.88 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,339,166.29 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,344,787.17 |

Fill in this information to identify the case:

Debtor name    The Tennis & Golf Company

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
### Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest    Workers Compensation insurance | |
|     State the term remaining | Accident Fund |
|     List the contract number of any government contract | P.O. Box 77000 Department 77125 Detroit, MI 48277-0125 |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest    phone and internet services | |
|     State the term remaining | AT&T |
|     List the contract number of any government contract | P.O. Box 5019 Winfield, IL 60190-5019 |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest    Business Owner and Umbrella insurance policies | |
|     State the term remaining | Citizens Insurance Department 77360 |
|     List the contract number of any government contract | P.O. Box 77000 Detroit, MI 48277-0360 |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest    Alarm Monitoring | |
|     State the term remaining | Guardian Alarm |
|     List the contract number of any government contract | 20800 Southfield Road Southfield, MI 48075 |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest — annual maintenance agreement for HVAC systems<br><br>State the term remaining — Through 12-31-19<br><br>List the contract number of any government contract | H.A. Sun Heating & Cooling<br>766 Industrial Court<br>Bloomfield Hills, MI 48302 |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest — point of sale system software license<br><br>State the term remaining — Through March 30, 2019<br><br>List the contract number of any government contract | NCR<br>864 Spring Street, N.W.<br>Atlanta, GA 30308 |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest — Trash and recycling services<br><br>State the term remaining<br><br>List the contract number of any government contract | Republic Services<br>1633 Highwood West<br>Pontiac, MI 48340-1244 |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest — Check Insurance<br><br>State the term remaining<br><br>List the contract number of any government contract | Telecheck Services, Inc.<br>5565 Glenridge Connector, N.E.<br>Atlanta, GA 30342 |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest — cellular phone service<br><br>State the term remaining<br><br>List the contract number of any government contract | Verizon<br>P.O. Box 15062<br>Albany, NY 12212-5062 |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest — lease of commercial property located at 30211 Woodward Avenue Royal Oak, MI 48073<br><br>State the term remaining — Fifteen Months | Woodward Oaks Associates, L.L.C.<br>30445 Northwestern Highway<br>Farmington, MI 48334 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any
government contract _____

Debtor name    The Tennis & Golf Company

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | David Schwartz | 13128 Ludlow<br>Huntington Woods, MI 48070 | Acushnet<br>Footjoy/Titleist | ☐ D _____<br>■ E/F   3.1<br>☐ G _____ |
| 2.2 | David Schwartz | 13128 Ludlow<br>Huntington Woods, MI 48070 | American Express | ☐ D _____<br>■ E/F   3.6<br>☐ G _____ |
| 2.3 | David Schwartz | 13128 Ludlow<br>Huntington Woods, MI 48070 | Amer Sports (Wilson) | ☐ D _____<br>■ E/F   3.5<br>☐ G _____ |
| 2.4 | David Schwartz | 13128 Ludlow<br>Huntington Woods, MI 48070 | US Bank Visa | ☐ D _____<br>■ E/F   3.77<br>☐ G _____ |
| 2.5 | David Schwartz | 13128 Ludlow<br>Huntington Woods, MI 48070 | Chase Visa | ☐ D _____<br>■ E/F   3.15<br>☐ G _____ |

19-43260-tjt    Doc 1    Filed 03/07/19    Entered 03/07/19 14:12:44    Page 36 of 68

| Debtor | The Tennis & Golf Company | Case number *(if known)* | |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | David Schwartz | 13128 Ludlow<br>Huntington Woods, MI 48070 | Adidas | ☐ D _____<br>■ E/F ___3.2___<br>☐ G _____ |
| 2.7 | David Schwartz | 13128 Ludlow<br>Huntington Woods, MI 48070 | Babolat | ☐ D _____<br>■ E/F ___3.9___<br>☐ G _____ |
| 2.8 | David Schwartz | 13128 Ludlow<br>Huntington Woods, MI 48070 | TNF The North Face<br>VF Corp | ☐ D _____<br>■ E/F ___3.73___<br>☐ G _____ |
| 2.9 | David Schwartz | 13128 Ludlow<br>Huntington Woods, MI 48070 | Smartwool VF Corp | ☐ D _____<br>■ E/F ___3.66___<br>☐ G _____ |
| 2.10 | David Schwartz | 13128 Ludlow<br>Huntington Woods, MI 48070 | Polo | ☐ D _____<br>■ E/F ___3.57___<br>☐ G _____ |
| 2.11 | David Schwartz | 13128 Ludlow<br>Huntington Woods, MI 48070 | J Lindenberg | ☐ D _____<br>■ E/F ___3.41___<br>☐ G _____ |
| 2.12 | David Schwartz | 13128 Ludlow<br>Huntington Woods, MI 48070 | Prana (Columbia) | ☐ D _____<br>■ E/F ___3.58___<br>☐ G _____ |
| 2.13 | David Schwartz | 13128 Ludlow<br>Huntington Woods, MI 48070 | Fila | ☐ D _____<br>■ E/F ___3.30___<br>☐ G _____ |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | David Schwartz | 13128 Ludlow<br>Huntington Woods, MI 48070 | Marmot | ☐ D ____<br>■ E/F   3.50<br>☐ G ____ |
| 2.15 | David Schwartz | 13128 Ludlow<br>Huntington Woods, MI 48070 | Lija (Hyp) | ☐ D ____<br>■ E/F   3.47<br>☐ G ____ |
| 2.16 | David Schwartz | 13128 Ludlow<br>Huntington Woods, MI 48070 | Travis Mathew | ☐ D ____<br>■ E/F   3.74<br>☐ G ____ |
| 2.17 | David Schwartz | 13128 Ludlow<br>Huntington Woods, MI 48070 | Bushnell | ☐ D ____<br>■ E/F   3.13<br>☐ G ____ |
| 2.18 | David Schwartz | 13128 Ludlow<br>Huntington Woods, MI 48070 | Ice Breaker | ☐ D ____<br>■ E/F   3.38<br>☐ G ____ |
| 2.19 | David Schwartz | 13128 Ludlow<br>Huntington Woods, MI 48070 | Callaway | ☐ D ____<br>■ E/F   3.14<br>☐ G ____ |
| 2.20 | David Schwartz | 13128 Ludlow<br>Huntington Woods, MI 48070 | Taylormade | ☐ D ____<br>■ E/F   3.72<br>☐ G ____ |
| 2.21 | David Schwartz | 13128 Ludlow<br>Huntington Woods, MI 48070 | Luxottica (Oakley /<br>Rayban) | ☐ D ____<br>■ E/F   3.49<br>☐ G ____ |

Debtor name _____The Tennis & Golf Company_____

United States Bankruptcy Court for the: _____EASTERN DISTRICT OF MICHIGAN_____

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2019 to Filing Date | ■ Operating a business<br>☐ Other _____ | $398,460.00 |
| For prior year:<br>From  1/01/2018 to 12/31/2018 | ■ Operating a business<br>☐ Other _____ | $5,371,891.00 |
| For year before that:<br>From  1/01/2017 to 12/31/2017 | ■ Operating a business<br>☐ Other _____ | $5,629,369.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.  SEE ATTACHED ADDENDUM | | $454,132.29 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. _Insiders_ include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  SEE ATTACHED ADDENDUM | | $198,311.68 | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<span style="background:black;color:white">Part 3:</span>  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<span style="background:black;color:white">Part 4:</span>  **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

19-43260-tjt    Doc 1    Filed 03/07/19    Entered 03/07/19 14:12:44    Page 40 of 68

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Maddin, Hauser, Roth & Heller, P.C.<br>28400 Northwestern Highway, 2nd Floor<br>Southfield, MI 48034 | | March 5, 2019 | $61,089.50 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

  customer email addresses, phone numbers, and street addresses

  Does the debtor have a privacy policy about that information?
  ■ No
  ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| The Tennis Golf Company 401K Profit Sharing Plan Trust | EIN:   38-270-8181 |

    Has the plan been terminated?
    ☐ No
    ■ Yes

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| ADP Tennis & Golf Company 401K | EIN:   38-270-8181 |

    Has the plan been terminated?
    ☐ No
    ■ Yes

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
  List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
  Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
  26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
  ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   T & S Associates, P.C.<br>30150 Telegraph Road<br>Franklin, MI 48025 | Previous 30 years |
| 26a.2.   Paychex<br>29065 Cabot Drive<br>Suite 100<br>Novi, MI 48377 | April 2017 - Present |
| 26a.3.   ADP Total Source<br>340 East Big Beaver<br>Troy, MI 48083 | 2003-2017 |

  26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
    within 2 years before filing this case.

  ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   T & S Associates, P.C.<br>30150 Telegraph Road<br>Franklin, MI 48025 | Previous 30 years |

  26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

  ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  T & S Associates, P.C.<br>30150 Telegraph Road<br>Franklin, MI 48025 | |
| 26c.2.  Maddin, Hauser, Roth & Heller, P.C.<br>28400 Northwestern Highway, 2nd Floor<br>Southfield, MI 48034 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  Chemical Bank<br>980 S. Old Woodward Avenue<br>Birmingham, MI 48009 |
| 26d.2.  Adidas<br>685 Cedar Crest Road<br>Spartanburg, SC 29301 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Schwartz | 13128 Ludlow<br>Huntington Woods, MI 48070 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rita Kozlowski | 5382 W. Alyssa<br>White Lake, MI 48383 | General Manager | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kozlowski Joint Trust -<br>10/7/14 | 5382 W. Alyssa<br>White Lake, MI 48383 | | 10% equity interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| D. Schwartz Revocable Trust<br>- 2/18/94 | 13128 Ludlow<br>Huntington Woods, MI 48070 | | 90% equity interest |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | SEE ATTACHED ADDENDUM | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March  7, 2019

/s/ Rita Kozlowski                                    Rita Kozlowski
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    General Manager

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
■ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re:  The Tennis & Golf Company

## ADDENDUM TO STATEMENT OF FINANCIAL AFFAIRS

**3.    Payments to creditors within 90 days before filing**

**List payments or transfers, including expense reimbursements to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425.**

Recap by Vendor paid over $6425 in previous 90 days from filing.

| Date | CK # | Vendor Name | Amount | Notes | Total By Vendor |
|---|---|---|---|---|---|
| 12/25/2018 | | CHEMICAL BANK | 2,412.85 | Loan | |
| 12/28/2018 | | CHEMICAL BANK | 29,750.00 | Line of Credit | |
| 1/10/2019 | | CHEMICAL BANK | 35,250.86 | Loan | 67,413.71 |
| 12/19/2018 | 47922 | FROMUTH TENNIS | 1,482.67 | Merchandise | |
| 12/26/2018 | 47930 | FROMUTH TENNIS | 3,536.01 | Merchandise | |
| 1/5/2019 | 47955 | FROMUTH TENNIS | 4,409.85 | Merchandise | |
| 1/14/2019 | 47962 | FROMUTH TENNIS | 2,666.65 | Merchandise | |
| 1/22/2019 | 47971 | FROMUTH TENNIS | 3,861.99 | Merchandise | |
| 1/25/2019 | 47973 | FROMUTH TENNIS | 1,636.83 | Merchandise | |
| 1/31/2019 | 47979 | FROMUTH TENNIS | 3,063.77 | Merchandise | |
| 2/11/2019 | 47985 | FROMUTH TENNIS | 967.44 | Merchandise | |
| 2/11/2019 | 47986 | FROMUTH TENNIS | 1,437.84 | Merchandise | |
| 2/14/2019 | 47989 | FROMUTH TENNIS | 3,841.55 | Merchandise | |
| 2/15/2019 | 47990 | FROMUTH TENNIS | 1,044.42 | Merchandise | |
| 2/20/2019 | 47996 | FROMUTH TENNIS | 2,135.41 | Merchandise | |
| 2/21/2019 | 47998 | FROMUTH TENNIS | 2,202.12 | Merchandise | |
| 2/21/2019 | 48000 | FROMUTH TENNIS | 706.85 | Merchandise | |
| 2/23/2019 | 48003 | FROMUTH TENNIS | 1,981.75 | Merchandise | |
| 3/5/2019 | Wire Transfer | FROMUTH TENNIS | 6,594.02 | Merchandise | 41,569.17 |
| 12/14/2018 | 47870 | HEAD RACQUETS | 2,370.69 | Merchandise | |
| 12/27/2018 | 47932 | HEAD RACQUETS | 8,168.11 | Merchandise | |
| 12/27/2018 | 47933 | HEAD RACQUETS | 1,240.32 | Merchandise | |
| 12/27/2018 | 47934 | HEAD RACQUETS | 3,720.96 | Merchandise | 15,500.08 |
| 12/7/2018 | 47839 | MADDIN HAUSER | 600.00 | Legal Services | |
| 12/28/2018 | 47939 | MADDIN HAUSER | 5,472.00 | Legal Services | |
| 1/25/2019 | 47977 | MADDIN HAUSER | 8,765.00 | Legal Services | |
| 1/31/2019 | 47981 | MADDIN HAUSER | 20,000.00 | Legal Services | |
| 2/20/2019 | 47997 | MADDIN HAUSER | 1,262.50 | Legal Services | |
| 3/5/2019 | Wire Transfer | MADDIN HAUSER | 61,094.50 | Legal Services | |
| 3/5/2019 | Wire Transfer | MADDIN HAUSER | 11,717.00 | Legal Services | 108,911.00 |
| 1/3/1900 | 47841 | NIKE USA, INC. | 10,164.81 | Merchandise | |
| 12/30/2018 | 47948 | NIKE USA, INC. | 11,665.31 | Merchandise | 21,830.12 |
| 12/20/2018 | 47925 | STATE OF MICHIGAN | 16,412.56 | 11/18 Sales Tax | |
| 1/18/2019 | 47965 | STATE OF MICHIGAN | 32,103.45 | 12/18 Sales Tax | |
| 2/6/2019 | 47982 | STATE OF MICHIGAN | 11,332.04 | 1/19 Sales Tax | |
| 3/4/2019 | 48008 | STATE OF MICHIGAN | 10,146.83 | 02/19 Sales Tax | 69,994.88 |
| 12/15/2018 | 47917 | WILSON RACQUET | 10,198.98 | Merchandise | 10,198.98 |
| 12/7/2018 | 47838 | WOA PROPERTIES | 39,671.45 | 12/18 RENT | |
| 1/6/2019 | 47956 | WOA PROPERTIES | 39,671.45 | 01/19 RENT | |
| 2/21/2019 | 47999 | WOA PROPERTIES | 39,671.45 | 02/19 RENT | 119,014.35 |
| | | | | | 454,432.29 |

In re:   The Tennis & Golf Company

## **ADDENDUM TO STATEMENT OF FINANCIAL AFFAIRS**

**4.   Insider payments or other property transfers (1 year)**

**List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425.  Do not include any payments listed in line 3.   Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).**

| DATE | AMOUNT | REASON FOR PAYMENT |
|---|---|---|
| 3/9/2018 | 4,338.46 | Salary |
| 3/20/2018 | 1,690.27 | Distribution |
| 3/23/2018 | 4,338.46 | Salary |
| 4/6/2018 | 4,338.46 | Salary |
| 4/18/2018 | 1,690.27 | Distribution |
| 4/20/2018 | 4,338.46 | Salary |
| 5/4/2018 | 4,338.46 | Salary |
| 5/17/2018 | 1,690.27 | Distribution |
| 5/18/2018 | 4,338.46 | Salary |
| 6/1/2018 | 4,338.46 | Salary |
| 6/15/2018 | 4,338.46 | Salary |
| 6/19/2018 | 1,690.27 | Distribution |
| 6/29/2018 | 4,338.46 | Salary |
| 7/13/2018 | 4,338.46 | Salary |
| 7/18/2018 | 1,690.27 | Distribution |
| 7/27/2018 | 4,338.46 | Salary |
| 8/10/2018 | 4,338.46 | Salary |
| 8/17/2018 | 1,690.27 | Distribution |
| 8/22/2018 | 4,338.46 | Salary |
| 9/7/2018 | 4,338.46 | Salary |
| 9/18/2018 | 1,690.27 | Distribution |
| 9/21/2018 | 4,338.46 | Salary |
| 10/5/2018 | 4,338.46 | Salary |
| 10/16/2018 | 1,690.27 | Distribution |
| 10/19/2018 | 4,338.46 | Salary |
| 11/2/2018 | 4,338.46 | Salary |
| 11/16/2018 | 4,338.46 | Salary |
| 11/16/2018 | 1,690.27 | Distribution |
| 11/30/2018 | 4,338.46 | Salary |
| 12/14/2018 | 4,338.46 | Salary |
| 12/16/2018 | 1,690.27 | Distribution |
| 12/28/2018 | 4,338.46 | Salary |
| 1/11/2019 | 4,338.46 | Salary |
| 1/17/2019 | 1,690.27 | Distribution |
| 1/25/2019 | 4,338.46 | Salary |
| 2/8/2019 | 4,338.46 | Salary |
| 2/22/2019 | 4,338.46 | Salary |

131,392.93

# PAYMENTS OR OTHER TRANSFERS TO INSIDERS - DAVID SCHWARTZ

| DATE | AMOUNT | REASON FOR PAYMENT |
|---|---|---|
| 3/5/2018 | 188.37 | Distribution |
| 3/5/2018 | 204.48 | Distribution |
| 3/7/2018 | 961.09 | Loan Repayment |
| 3/8/2018 | 50.26 | Distribution |
| 3/8/2018 | 52.08 | Distribution |
| 3/8/2018 | 75.19 | Distribution |
| 3/8/2018 | 10.58 | Distribution |
| 3/8/2018 | 47.69 | Distribution |
| 3/8/2018 | 65.27 | Distribution |
| 3/8/2018 | 45.24 | Distribution |
| 3/8/2018 | 40.00 | Distribution |
| 3/9/2018 | 2,600.00 | Distribution |
| 3/15/2018 | 72.60 | Distribution |
| 3/15/2018 | 72.60 | Distribution |
| 3/15/2018 | 72.85 | Distribution |
| 3/20/2018 | 1,690.27 | Distribution |
| 3/23/2018 | 2,600.00 | Distribution |
| 3/28/2018 | 485.00 | Distribution |
| 3/28/2018 | 35.00 | Distribution |
| 3/28/2018 | 35.00 | Distribution |
| 3/28/2018 | 485.00 | Distribution |
| 3/28/2018 | 13.99 | Distribution |
| 3/28/2018 | 550.00 | Distribution |
| 4/2/2018 | 204.48 | Distribution |
| 4/2/2018 | 188.37 | Distribution |
| 4/6/2018 | 961.09 | Loan Repayment |
| 4/7/2018 | 2,600.00 | Distribution |
| 4/9/2018 | 508.56 | Distribution |
| 4/9/2018 | 139.95 | Distribution |
| 4/9/2018 | 107.32 | Distribution |
| 4/9/2018 | 28.25 | Distribution |
| 4/9/2018 | 83.75 | Distribution |
| 4/9/2018 | 196.89 | Distribution |
| 4/9/2018 | 10.66 | Distribution |
| 4/9/2018 | 48.85 | Distribution |
| 4/18/2018 | 2,600.00 | Distribution |
| 4/18/2018 | 1,690.27 | Distribution |
| 4/27/2018 | 485.00 | Distribution |
| 4/27/2018 | 13.99 | Distribution |
| 5/2/2018 | 188.37 | Distribution |
| 5/2/2018 | 204.48 | Distribution |
| 5/4/2018 | 2,600.00 | Distribution |

# PAYMENTS OR OTHER TRANSFERS TO INSIDERS - DAVID SCHWARTZ

| DATE | AMOUNT | REASON FOR PAYMENT |
|---|---|---|
| 5/7/2018 | 961.09 | Loan Repayment |
| 5/8/2018 | 485.00 | Distribution |
| 5/9/2018 | 38.61 | Distribution |
| 5/9/2018 | 40.00 | Distribution |
| 5/9/2018 | 101.85 | Distribution |
| 5/9/2018 | 81.29 | Distribution |
| 5/9/2018 | 60.26 | Distribution |
| 5/9/2018 | 102.42 | Distribution |
| 5/9/2018 | 40.00 | Distribution |
| 5/9/2018 | 72.60 | Distribution |
| 5/9/2018 | 72.60 | Distribution |
| 5/17/2018 | 1,690.27 | Distribution |
| 6/1/2018 | 1,300.00 | Distribution |
| 6/2/2018 | 204.48 | Distribution |
| 6/6/2018 | 961.09 | Loan Repayment |
| 6/8/2018 | 29.00 | Distribution |
| 6/8/2018 | 2.00 | Distribution |
| 6/15/2018 | 1,300.00 | Distribution |
| 6/19/2018 | 1,690.27 | Distribution |
| 6/27/2018 | 35.00 | Distribution |
| 6/29/2018 | 1,300.00 | Distribution |
| 7/2/2018 | 176.20 | Distribution |
| 7/2/2018 | 204.48 | Distribution |
| 7/9/2018 | 961.09 | Loan Repayment |
| 7/10/2018 | 72.60 | Distribution |
| 7/10/2018 | 72.60 | Distribution |
| 7/10/2018 | 72.60 | Distribution |
| 7/10/2018 | 72.60 | Distribution |
| 7/10/2018 | 204.00 | Distribution |
| 7/10/2018 | 264.00 | Distribution |
| 7/18/2018 | 1,690.27 | Distribution |
| 7/26/2018 | 1,300.00 | Distribution |
| 7/26/2018 | 400.00 | Distribution |
| 7/26/2018 | 250.00 | Distribution |
| 7/26/2018 | 250.00 | Distribution |
| 7/26/2018 | 500.00 | Distribution |
| 8/1/2018 | 204.48 | Distribution |
| 8/7/2018 | 961.09 | Loan Repayment |
| 8/10/2018 | 1,300.00 | Distribution |
| 8/17/2018 | 1,690.27 | Distribution |
| 8/24/2018 | 1,300.00 | Distribution |
| 9/6/2018 | 961.09 | Loan Repayment |
| 9/7/2018 | 1,300.00 | Distribution |

# PAYMENTS OR OTHER TRANSFERS TO INSIDERS - DAVID SCHWARTZ

| DATE | AMOUNT | REASON FOR PAYMENT |
|---|---|---|
| 9/18/2018 | 1,690.27 | Distribution |
| 9/21/2018 | 1,300.00 | Distribution |
| 10/5/2018 | 1,300.00 | Distribution |
| 10/9/2018 | 961.09 | Loan Repayment |
| 10/16/2018 | 1,690.27 | Distribution |
| 10/19/2018 | 1,300.00 | Distribution |
| 11/2/2018 | 1,300.00 | Distribution |
| 11/12/2018 | 961.09 | Loan Repayment |
| 11/16/2018 | 1,690.27 | Distribution |
| 11/30/2018 | 1,300.00 | Distribution |
| 12/7/2018 | 961.09 | Loan Repayment |
| 12/16/2018 | 1,690.27 | Distribution |
| 12/18/2018 | 35.00 | Distribution |
| 1/7/2018 | 961.09 | Loan Repayment |
| 1/17/2019 | 1,690.27 | Distribution |

66,918.75

# United States Bankruptcy Court
## Eastern District of Michigan

In re    The Tennis & Golf Company        Case No. _____

                                   Debtor(s)        Chapter    11

### STATEMENT OF ATTORNEY FOR DEBTOR(S)
### PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

    [ ]     **FLAT FEE**

      A.     For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

      B.     Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .. .    _____

      C.     The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

    [ X ]    **RETAINER**

      A.     Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    30,000.00

      B.     The undersigned shall bill against the retainer at an hourly rate of $___0.00___. [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3. $___1,717.00___ of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]

      A.     Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

      B.     Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

      C.     Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

      D.     Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

      E.     Reaffirmations;

      F.     Redemptions;

      G.     Other:

           All matters and proceedings appropriate to this Chapter 11 case.

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

6. The source of payments to the undersigned was from:

      A.     __XX__     Debtor(s)' earnings, wages, compensation for services performed

      B.     _____     Other (describe, including the identity of payor) _____

7. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated:    March 7, 2019 _____           /s/ David M. Eisenberg _____

                                                            Attorney for the Debtor(s)
                                                             David M. Eisenberg (P68678)
                                                               Maddin, Hauser, Roth & Heller, P.C.
                                                               28400 Northwestern Hwy., 2nd Floor
                                                               Southfield, MI 48034
                                                               (248) 827-4100

Agreed:    /s/ Rita Kozlowski _____            _____
           Rita Kozlowski
           Debtor                                                          Debtor

**Attachment to Statement of Attorney**

**For Debtor Pursuant to F.R. Bankr. P. 2016(b)**

**(Maddin Hauser Hourly Rate Schedule)**

| | |
|---|---|
| Earle I. Erman | $450.00 |
| Julie Beth Teicher | $425.00 |
| Craig E. Zucker | $390.00 |
| David H. Freedman | $390.00 |
| David M. Eisenberg | $350.00 |

# United States Bankruptcy Court
## Eastern District of Michigan

In re    The Tennis & Golf Company        Case No. _____
                               Debtor(s)     Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Kozlowski Joint Trust<br>dated October 7, 2014<br>5382 W. Alyssa<br>White Lake, MI 48383 | | | 10% equity interest |
| The Revocable Living Trust of David A.<br>Schwartz u/a/d February 18, 1994<br>13128 Ludlow<br>Huntington Woods, MI 48070 | | | 90% equity interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the General Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    March 7, 2019                  Signature   /s/ Rita Kozlowski
                                                        Rita Kozlowski

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Michigan

In re    The Tennis & Golf Company

                   Debtor(s)

Case No. _____

Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the General Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    March 7, 2019

           /s/ Rita Kozlowski
           Rita Kozlowski/General Manager
           Signer/Title

A.G. Adjustments, Ltd.
P.O. Box 9090
Melville, NY 11747

Accident Fund
P.O. Box 77000
Department 77125
Detroit, MI 48277-0125

Acushnet Footjoy/Titleist
333 Bridge Street
Fairhaven, MA 02719

Adidas
685 Cedar Crest Road
Spartanburg, SC 29301

Agron
2440 S Sepulveda Blvd
Suite 201
Los Angeles, CA 90064

Ame & Lulu
71A Chapel Street
Newton, MA 02458

Amer Sports (Wilson)
130 E Randolph Street
Stuite 600
1 Prudential Plaza
Chicago, IL 60601

American Express
Box 0001
Los Angeles, CA 90096-8000

Apropoz (Indygena)
9500 Meilleur
Suite 501
Montreal
CANADA, QC

Asics
80 Technology
Irvine, CA 92618

```
AT&T
P.O. Box 5019
Winfield, IL 60190-5019


Babolat
1775 Cherry Street
Suite 100
Louisville, CO 80027


Bag Boy
2701 Emorywood Pkwy
Suite 101
Richmond, VA 23294


Belyn Key
2495 Boulevard of the Generals
Bldg C
Suite 2
Norristown, PA 19403


Brooks
3400 Stone Way North
Suite 500
Seattle, WA 98103


Bushnell
9200 Cody
Overland Park, KS 66214


Callaway
PO Box 9002
Carlsbad, CA 92018-9002


CHALMERS, LISA
3285 MILLER ROAD
ANN ARBOR, MI 48103


Chase Visa
PO Box 6294
Carol Stream, IL 60197-6294


Citizens Insurance
Department 77360
P.O. Box 77000
Detroit, MI 48277-0360
```

Clarke
8555 West Monroe Road
Houston, TX 77061-4807


Cleveland
PO Box 123355
Dept 3355
Dallas, TX 75312-3355


Coalision (Lole)
700 rue Saint-Antoine Est
Suite 110
Montreal
CANADA


Cutter & Buck
PO Box 34855
Seattle, WA 98124-1855


D'ANGELO, JODY
2756 BRADY DRIVE
BLOOMFIELD, MI 48304


Daily Sports / Laird Int
2300 NW 30th Place
Bldg 9
Pompano Beach, FL 33069


David and Joan Schwartz
13128 Ludlow
Huntington Woods, MI 48070


David Schwartz
13128 Ludlow
Huntington Woods, MI 48070


DEGROW, CHRISTOPHER
277  W BAKER
CLAWSON, MI 48017


Dunlop Sports
101 Abney Street
Greenville, SC 29611

Dynamic Design
7351 Coca Cola Drive
Suite 100
Hanover, MD 21076


Eforce
1384 Poinsettia Avenue
Suite E
Vista, CA 92081


Eleven
7656 Byron Drive
B5
Riviera Beach, FL 33404


EP Pro Summit Brands
106 Commerce St
Barneveld, WI 53507


Fairway & Green Summit Brands
106 Commerce St
Barneveld, WI 53507


Fila
930 Ridgebrook Road
Suite 200
Sparks Glencoe, MD 21152


Gamma
PO Box 644066
Pittsburgh, PA 15264-4066


Gexco
PO Box 6514
Norco, CA 92860


Glove-It
16051 N. 82nd St
Scottsdale, AZ 85260


Greg Norman
850 Patterson Plank Road
Secaucus, NJ 07094

Greyson
160 Old Saw Mill River Road
Hawthorne, NY 10532


Gu
PO Box 80419
City of Industry, CA 91716-8419


Guardian Alarm
20800 Southfield Road
Southfield, MI 48075


H.A. Sun Heating & Cooling
766 Industrial Court
Bloomfield Hills, MI 48302


HAHN, JORDAN
39770 RYAN RD
STERLING HEIGHTS, MI 48310


HALICKI, SCOTT
43538 WEST ARBOR WAY DR
#156
CANTON, MI 48188


HALL, ROBERT
31810 N MARKLAWN ST
FARMINGTON HILLS, MI 48334


Head Penn Sports
306 South 45th Avenue
Phoenix, AZ 85043


HOLLIDGE, WENDY
3865 MILLSPRING ROAD
BLOOMFIELD HILLS, MI 48063


Ice Breaker
309 SW 6th Ave
12th Floor
Portland, OR 97204


Implus Corp
PPO Box 679394
Dallas, TX 75267-9394

```
Inphorm
2050 N Stemmons Frwy
Mail Unit 327
Dallas, TX 75207


J Lindenberg
25 W 36th Street
6th Floor
New York, NY 10018


Jamie Sadock
49 W 27th Street
6th Floor
New York, NY 10001-6936


Jofit
995 Mearns Rd
Warminster, PA 18974


KOZLOWSKI, RITA
5382 W ALYSSA CT
WHITE LAKE, MI 48383


Kswiss
523 W 6th Street
Suite 534
Los Angeles, CA 90014


Lacoste
551 Madison Avenue
New York, NY 10022


LEWTON, PETER
3905 DEVON RD
Apt # 6
ROYAL OAK, MI 48073


Life Is Good
15 Hudson Park Drive
Hudson, NH 03051


Lija (Hyp)
#115-4631 Shell Road
Richmond
CANADA
```

```
LINDQUIST, DAVE
2720 CROOKS RD
Apt # 11
ROYAL OAK, MI 48073


LOGAN, VICTOR
114 MERRIWEATHER
GROSSE POINTE FARMS, MI 48236


Lucky In Love
3300 NW 41 Sreet
Miami, FL 33142


Luxottica (Oakley / Rayban)
12 Harbor Park Drive
Port Washington, NY 11050


Marmot
5789 State Farm Drive
Rohnert Park, CA 94928


Maui Jim
One Aloha Lane
Peoria, IL 61615


MECONI, ELIZABETH
1914 KENMORE
GROSSE POINTE WOODS, MI 48236


MILLER, KATHY
31242 WEST RUTLAND
BEVERLY HILLS, MI 48025


Mizzen N Main
PO Box 650823
Dept 41911
Dallas, TX 75265-0823


NCR
864 Spring Street, N.W.
Atlanta, GA 30308


New Balance
100 Guest Street
Boston, MA 02135
```

Nike
One Bowerman Drive
Beaverton, OR 97005-6453


Nike USA, Inc.
7932 Collection Center Drive
Chicago, IL 60693


Obermeyer
115 AABC
Aspen, CO 81611


PAUL, ERIN
20907 LAKELAND STREET
ST  CLAIR SHORES, MI 48081


Pistil
PO Box 633381
Cincinnati, OH 45263


Polo
335-365 New Commerce Blvd
Wilkes Barre, PA 18706


Prana (Columbia)
14375 NW Science Park Dr
Portland, OR 97229


Puma Golf
1818 Aston Avenue
Carlsbad, CA 92008


Republic Services
1633 Highwood West
Pontiac, MI 48340-1244


Rita Kozlowski
5382 W Alyssa Ct
White Lake, MI 48383


RODGERSON, DEBRA
42463 TERRY
CLINTON TOWNSHIP, MI 48038

Rosenthal & Rosenthal (Thorlo)
PO Box 733909
Dallas, TX 75373-3909


S-Type Escalade Sports
817 Maxwell Ave
Evansville, IN 47711


SanSoleil
1001 W. 17th St
Suite M
Costa Mesa, CA 92627-4512


Selkirk
11862 Reed Road
Hayden, ID 83835


Shape
1407 Broadway
Suite 3404
New York, NY 10018


Smartwool VF Corp
PO Box 1817
Appleton, WI 54912-1817


Splits 59
2045 Violet Street
Los Angeles, CA 90021


Sun Mountain
PO Box 7727
Missoula, MT 59807-7727


Superfeet
1820 Scout Place
Ferndale, WA 98248


Taboo
2758 US HIghway 34
Suite B 124
Oswego, IL 60543

Tail Activewear
2105 NW 86th Ave
Doral, FL 33122


Taylormade
5545 Fermi Ct
Carlsbad, CA 92008


Telecheck Services, Inc.
5565 Glenridge Connector, N.E.
Atlanta, GA 30342


TNF The North Face VF Corp
PO Box 1817
Appleton, WI 54912-1817


TOLLZIEN, KIRK
14450 FOY CREEK COURT
SHELBY TOWNSHIP, MI 48315


TRACZEWSKI, RICK
30554 EIFFEL
WARREN, MI 48088


Travis Mathew
15202 Graham Street
Huntington Beach, CA 92649


TRUMBULL, CHRISTOPHER
1406 LAKE AVENUE
GRAND HAVEN, MI 49417


Under Armour
2601 Port Covington Drive
Baltimore, MD 21230


Unique Sports
840 McFarland Pkwy
Alpharetta, GA 30004


US Bank Visa
PO Box 790408
Saint Louis, MO 63179-0408

Verizon
P.O. Box 15062
Albany, NY 12212-5062


Viking
PO ox 650850
Dept 1034
Dallas, TX 75265


Volkl
731 S Highway 101
Suite 2A
Solana Beach, CA 92075


Volvik USA
9436 Southridge Park Ct
#400
Orlando, FL 32819-8638


WINKWORTH, DIANA
27427 SUNSET BLVD
LATHRUP VILLAGE, MI 48076


Woodward Oaks Asociates L.L.C.
30445 Northwestern Hwy
Suite 275
Farmington Hills, MI 48334


Woodward Oaks Associates, L.L.C.
30445 Northwestern Highway
Farmington, MI 48334


Yonex
20140 S Western Avenue
Torrance, CA 90501


Zamst
5 Corporate Park
Suite 250
Irvine, CA 92606